1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Fitness Technologies Group LLC, | Case No. 3:23-cv-03642-VC |
| *Plaintiff*, | [~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMIT (L.R. 7-11) |
| v. | |
| ClubReady, LLC, | Judge Vincent Chhabria |
| *Defendant*. | Date Action Filed: July 24, 2023 |
| | No Hearing Date Pursuant to L.R. 7-11(c) |

## [PROPOSED] ORDER

On September 5, 2023, Defendant filed an Unopposed Administrative Motion to Exceed Page Limits pursuant to Local Rule 7-11. The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED THAT Defendant may file a brief in support of its Motion to Dismiss not to exceed thirty pages. Plaintiff may file a brief in opposition not to exceed thirty pages, and Defendant may file a reply brief not to exceed fifteen pages.

**SO ORDERED.**

Dated: 9/7/2023

Hon. Vince Chhabria
United States District Court Judge